UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN LIVINGSTON, | CASE NO. C25-0269 BHS |
| Plaintiff, | ORDER |
| v. | |
| SNOHOMISH COUNTY SHERIFF'S OFFICE, et al., | |
| Defendant. | |

THIS MATTER is before the Court on Magistrate Judge Michelle L. Peterson's Report and Recommendation (R&R), Dkt. 8, recommending the Court dismiss pro se prisoner Steven Livingston's § 1983 case without prejudice for failure to prosecute. The R&R explains that despite repeated orders, Livingston has yet to file a proper application to proceed *in forma pauperis*, has not provided his prison trust account information, and has not kept the Court apprised of his address after he was released. Dkt. 8 at 1–3.

A district judge must determine de novo any part of a magistrate judge's recommended disposition *to which a party has properly objected*. It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P.

ORDER - 1

1  72(a). The district judge may accept, reject, or modify the recommended disposition;
2  receive further evidence; or return the matter to the magistrate judge with instructions.
3  Fed. R. Civ. P. 72(b)(3). A proper objection requires "specific written objections to the
4  proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).
5       Livingston's objections to the R&R were due April 22. Dkt. 8 at 3. He has not
6  objected. The R&R is not clearly erroneous or contrary to law, and it is **ADOPTED**. The
7  case is **DISMISSED** without prejudice and without leave to amend.
8       **IT IS SO ORDERED**.
9       Dated this 28th day of April, 2025.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2